**SELF INITIATED
AMENDMENT**

CHAMBERS OF
**WILLIAM STAFFORD**
SENIOR JUDGE

RECEIVED
2007 JUN 18 P 12: 06
FINANCIAL
DISCLOSURE OFFICE

June 15, 2007

The Honorable Ortrie D. Smith, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, NE
Washington, D.C. 20544

Re: 2006 Financial Disclosure Report

Dear Judge Smith:

Thank you for your May 15, 2007 letter. I have chosen to incorporate those comments in an amended report.

The following was inadvertently omitted in POSITIONS (PART 1) of my April 17, 2007 report:

> Member, Board of Directors
> Sacred Heart Hospital, Pensacola, Florida

This item is also incorporated in the amended report.

Your service to the judiciary is appreciated. I trust that the enclosed amended report will simplify your committee's work in the future.

Respectfully yours,

William Stafford

Enclosure:
Amended 2006 Financial Disclosure Report
(Signed original and three copies)

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

| 1. Person Reporting (last name, first, middle initial)<br><br>Stafford, Jr., William H | 2. Court or Organization<br><br>U.S. District Court, NDFL | 3. Date of Report<br><br>06/15/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☐ Annual    ☐ Final<br><br>5b. ☒ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>US Courthouse<br>111 North Adams Street<br>Tallahassee, FL 32301-7717 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Board of Directors | Sacred Heart Hospital, Pensacola, Florida |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stafford, Jr., William H | 06/15/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. New York Life Insurance Co. | A | Dividend | J | W | | | | | |
| 2. Prudential Life Insurance Co. (policy) | A | Dividend | J | W | | | | | |
| 3. ▓▓▓▓▓▓▓ (time share) | | None | J | W | | | | | |
| 4. Brokerage Account #1 | | | | | | | | | |
| 5. - Bank Deposit Program Money Market - Morgan Stanley | A | Interest | J | T | | | | | |
| 6. - Allied Capital Corp. (common stock) | C | Dividend | K | T | | | | | |
| 7. - Blackrock World Investment Trust (closed end fund) | C | Dividend | L | T | | | | | |
| 8. - Cohen & Steers Select Utility Fund (closed end fund) | A | Dividend | J | T | | | | | |
| 9. - DWS Dreman Value Inc Edge Fund (closed end fund) | A | Dividend | K | T | Buy | 11/21 | K | | |
| 10. - Genentech Inc (common stock) | A | Dividend | J | T | Buy | 11/15 | J | | |
| 11. - Nuveen INSD Qual Muni Fund (closed end fund) | A | Interest | K | T | Buy | 11/15 | J | | |
| 12. - Toyota Motor CP ADR (common stock) | A | Dividend | J | T | Buy | 11/15 | J | | |
| 13. - Lehman Brox HLDG (preferred stock) | B | Dividend | K | T | | | | | |
| 14. - GMAC 8.000% (corporate bond) | B | Interest | K | T | | | | | |
| 15. - JPMCHASE Capital XVI (fixed-rate capital security) | B | Interest | K | T | | | | | |
| 16. - Unit Claymore Secs Closed-End Equity & Inc Ser (unit tst) | A | Dividend | K | T | Buy | 11/15 | K | | |
| 17. - GMAC Bank Greeneville CD | A | Interest | | | Redemption | 1/26 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - First Federal Bank of California FSB Santa Monica CA CD | A | Interest | | | Redemption | 4/26 | K | | |
| 19. - M&I Bank FSB Las Vegas CD | A | Interest | | | Redemption | 7/28 | K | | |
| 20. - Machias Savings Bank Machias ME CD | A | Interest | | | Redemption | 10/27 | K | | |
| 21. - Greater Bay Bank Federally Insured Deposit | A | Interest | L | T | Buy | 11/15 | L | | |
| 22. Brokerage Account #2 | | | | . | | | | | |
| 23. - Bank Deposit Program Money Market - Morgan Stanley | A | Interest | J | T | | | | | |
| 24. - S&P 500 Index Fund (ETF) | A | Dividend | J | T | | | | | |
| 25. - Compass Bancshares (common stock) | A | Dividend | J | T | | | | | |
| 26. - Diamonds Trust Series 1 ( ETF) | A | Dividend | J | T | | | | | |
| 27. - Duke Energy (common stock) | A | Dividend | J | T | | | | | |
| 28. - DWS Dreman Value Inc Edge Fund (closed end fund) | A | Dividend | J | T | Buy | 12/08 | J | | |
| 29. - General Electric (common stock) | A | Dividend | J | T | | | | | |
| 30. - Goodyear Tire & Rubber (common stock) | | None | J | T | | | | | |
| 31. - Johnson & Johnson (common stock) | A | Dividend | J | T | | | | | |
| 32. - Lyondell Chemical (common stock) | A | Dividend | J | T | | | | | |
| 33. - NVIDIA Corp (common stock) | | None | J | T | | | | | |
| 34. - Tanger Factory (common stock) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stafford, Jr., William H | 06/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - TYCO Intl (common stock) | A | Dividend | J | T | | | | | |
| 36. - WalMart (common stock) | A | Dividend | J | T | Sell | 12/08 | J | A | |
| 37. - Wells Fargo & Co. (common stock) | A | Dividend | J | T | | | | | |
| 38. IRA's - (Aggregate Ownership) | C | Dividend | M | T | | | | | |
| 39. - Liquid Asset Fund (money market) - Morgan Stanley | | | | | | | | | |
| 40. - Templeton Developing Markets A (mutual fund) | | | | | Partial Sell | 7/21 | J | B | |
| 41. - PIMCO High Yield A (mutual fund) | | | | | Partial Sell | 7/21 | J | A | |
| 42. - PIMCO Total Return A (mutual fund) | | | | | Buy | 7/21 | J | | |
| 43. - Allianz NFJ Small Cap Value A (mutual fund) | | | | | Partial Sell | 10/17 | J | A | |
| 44. - ING Intl Value A (mutual fund) | | | | | Partial Sell | 10/18 | J | A | |
| 45. - T Rowe Price Eq Inc (mutual fund) | | | | | Partial Sell | 7/21 | J | A | |
| 46. - Blackrock Intermediate Bond (mutual fund) | | | | | Buy | 7/21 | J | | |
| 47. - Blackrock Low Duration (mutual fund) | | | | | Partial Sell | 7/21 | J | A | |
| 48. - AXA Enterprise Growth Fund (mutual fund) | | | | | Buy | 1/19 | J | | |
| 49. - Wells Fargo Opportunity INV Fd (mutual fund) | | | | | Partial Sell | 10/18 | J | A | |
| 50. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stafford, Jr., William H | 06/15/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Many of the entries in previous reports were, and continue to be, held as IRA's with Morgan Stanley and are reported under the Aggregate of Ownership Arrangement.

Item #6 from 2005 report: Cinergy Corporation name has been changed to Duke Energy (now Item # 27).

Item #20 from 2005 report was sold and is no longer reported.

Item #25 from 2005 report was a duplicate of Item #17 and has been dropped.

Item #46 & #47 from 2005 report were closed in 2005 and were dropped from the 2006 report.

Item #42, #46, #48: Buys for each position were additions to existing positions.

| Name of Person Reporting | Date of Report |
|---|---|
| Stafford, Jr., William H | 06/15/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ████████████████████                    Date _June 15, 2007_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Stafford, Jr., William H | 2. Court or Organization<br><br>U.S. District Court, NDFL | 3. Date of Report<br><br>04/17/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>US Courthouse<br>111 North Adams Street<br>Tallahassee, FL 32301-7717 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 APR 19 A 11: 19 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Stafford, Jr., William H | 04/17/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stafford, Jr., William H | 04/17/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. New York Life Insurance Co. | A | Dividend | J | W | | | | | |
| 2. Prudential Life Insurance Co. (policy) | A | Dividend | J | W | | | | | |
| 3. ▮▮▮▮▮ (time share) | | None | J | W | | | | | |
| 4. Brokerage Account #1 | | | | | | | | | |
| 5. - Active Assets Bank Deposit Program Money Market | A | Interest | J | T | | | | | |
| 6. - Allied Capital Corp. (common stock) | C | Dividend | K | T | | | | | |
| 7. - Blackrock World Investment Trust (closed end fund) | C | Dividend | L | T | | | | | |
| 8. - Cohen & Steers Select Utility Fund (closed end fund) | A | Dividend | J | T | | | | | |
| 9. - DWS Dreman Value Inc Edge Fund (closed end fund) | A | Dividend | K | T | Buy | 11/21 | | | |
| 10. - Genentech Inc (common stock) | A | Dividend | J | T | Buy | 11/15 | | | |
| 11. - Nuveen INSD Qual Muni Fund (closed end fund) | A | Interest | K | T | Buy | 11/15 | J | | |
| 12. - Toyota Motor CP ADR (common stock) | A | Dividend | J | T | Buy | 11/15 | | | |
| 13. - Lehman Brox HLDG (preferred stock) | B | Dividend | K | T | | | | | |
| 14. - GMAC 8.000% (corporate bond) | B | Interest | K | T | | | | | |
| 15. - JPMCHASE Capital XVI (fixed-rate capital security) | B | Interest | K | T | | | | | |
| 16. - Unit Claymore Secs Closed-End Equity & Inc Ser (unit tst) | A | Dividend | K | T | Buy | 11/15 | | | |
| 17. - GMAC Bank Greeneville CD | A | Interest | K | T | Redemption | 1/26 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50.000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - First Federal Bank of California FSB Santa Monica CA CD | A | Interest | K | T | Redemption | 4/26 | K | | |
| 19. - M&I Bank FSB Las Vegas CD | A | Interest | K | T | Redemption | 7/28 | K | | |
| 20. - Machias Savings Bank Machias ME CD | A | Interest | K | T | Redemption | 10/27 | K | | |
| 21. - Greater Bay Bank Federally Insured Deposit | A | Interest | L | T | Buy | 11/15 | | | |
| 22. Brokerage Account #2 | | | | | | | | | |
| 23. - Active Assets Bank Deposit Program Money Market | A | Interest | J | T | | | | | |
| 24. - S&P 500 Index Fund (ETF) | A | Dividend | J | T | | | | | |
| 25. - Compass Bancshares (common stock) | A | Dividend | J | T | | | | | |
| 26. - Diamonds Trust Series 1 ( ETF) | A | Dividend | J | T | | | | | |
| 27. - Duke Energy (common stock) | A | Dividend | J | T | | | | | |
| 28. - DWS Dreman Value Inc Edge Fund (closed end fund) | A | Dividend | J | T | Buy | 12/08 | | | |
| 29. - General Electric (common stock) | A | Dividend | J | T | | | | | |
| 30. - Goodyear Tire & Rubber (common stock) | | None | J | T | | | | | |
| 31. - Johnson & Johnson (common stock) | A | Dividend | J | T | | | | | |
| 32. - Lyondell Chemical (common stock) | A | Dividend | J | T | | | | | |
| 33. - NVIDIA Corp (common stock) | | None | J | T | | | | | |
| 34. - Tanger Factory (common stock) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stafford, Jr., William H | 04/17/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - TYCO Intl (common stock) | A | Dividend | J | T | | | | | |
| 36. - WalMart (common stock) | A | Dividend | J | T | Sell | 12/08 | J | A | |
| 37. - Wells Fargo & Co. (common stock) | A | Dividend | J | T | | | | | |
| 38. IRA's - (Aggregate Ownership) | C | Dividend | M | T | | | | | |
| 39. - Liquid Asset Fund (money market) | | | | | | | | | |
| 40. - Templeton Developing Markets A (mutual fund) | | | | | Partial Sell | 7/21 | J | B | |
| 41. - PIMCO High Yield A (mutual fund) | | | | | Partial Sell | 7/21 | J | A | |
| 42. - PIMCO Total Return A (mutual fund) | | | | | Buy | 7/21 | J | | |
| 43. - Allianz NFJ Small Cap Value A (mutual fund) | | | | | Partial Sell | 10/17 | J | A | |
| 44. - ING Intl Value A (mutual fund) | | | | | Partial Sell | 10/18 | J | A | |
| 45. - T Rowe Price Eq Inc (mutual fund) | | | | | Partial Sell | 7/21 | J | A | |
| 46. - Blackrock Intermediate Bond (mutual fund) | | | | | Buy | 7/21 | J | | |
| 47. - Blackrock Low Duration (mutual fund) | | | | | Partial Sell | 7/21 | J | A | |
| 48. - AXA Enterprise Growth Fund (mutual fund) | | | | | Buy | 1/19 | J | | |
| 49. - Wells Fargo Opportunity INV Fd (mutual fund) | | | | | Partial Sell | 10/18 | J | A | |
| 50. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Many of the entries in previous reports were, and continue to be, held as IRA's with Morgan Stanley and are reported under the Aggregate of Ownership Arrangement.

Item #6 from 2005 report: Cinergy Corporation name has been changed to Duke Energy (now Item # 27).

Item #20 from 2005 report was sold and is no longer reported.

Item #25 from 2005 report was a duplicate of Item #17 and has been dropped.

Item #46 & #47 from 2005 report were closed in 2005 and were dropped from the 2006 report.

Item #42, #46, #48: Buys for each position were additions to existing positions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____  Date _April 17, 2007_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544